**28IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**THELMA WILLIAMS, JR.**                                                                                **PLAINTIFF**

**VS.**                          **CASE NO. 2:08CV00131 JMM/HDY**

**OUTLAW, ET AL.**                                                                                      **DEFENDANTS**

**ORDER**

Plaintiff's Motion for Extension of Time to File Response to Magistrate Judge David Young's Proposed Findings and Recommendations (#20) and plaintiff's Motion to Reconsider (#28) are granted. Plaintiff shall have up to, and including, October 8, 2008 to file objections to the August 19, 2008 Magistrate Judge's Proposed Findings and Recommendations. If, and when, plaintiff files these objections, the Court will then reconsider its Order of November 5, 2008, in which it denied plaintiff's Motion for Temporary Restraining Order by adopting the Magistrate Judge's Proposed Findings and Recommendations.

IT IS SO ORDERED THIS   26   day of   September   , 2008.

James M. Moody
United States District Judge