## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

THELMA WILLIAMS, JR.                                                                    PLAINTIFF
ADC #93197

V.                                    NO: 2:08CV00131 JMM/HDY

OUTLAW *et al.*                                                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a temporary restraining order or preliminary injunction (docket entry #21) is DENIED.

DATED this __29__ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE