**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

THELMA WILLIAMS, JR.  PLAINTIFF
ADC #93197

V.  NO: 2:08CV00131 HDY

OUTLAW *et al.*  DEFENDANTS

**ORDER**

In response to the Court's order of October 2, 2008 (docket entry #39) and in anticipation of the Court trial scheduled for Monday, February 2, 2009, at 10:00 a.m. in Room #2B of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff submitted a proposed witness list (docket entry #42). In the list, Plaintiff has identified only himself as a witness. Accordingly, Plaintiff will be allowed to testify. In their response (docket entry #52), Defendants have agreed to transport Plaintiff to the trial.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to testify on his behalf at the Court trial.

2. Defendants are directed to ensure Plaintiff's attendance at the trial, and to bring Plaintiff's institutional and medical jackets.

DATED this __16__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE